### 38113.   MILAM v. ADAMS *et al.*

TOWNSEND, Presiding Judge.   This court having, in *Milam v. Adams*, 101 Ga. App. 880 (115 S. E. 2d 252) affirmed the judgment of the trial court overruling the general demurrer to the petition, and that judgment having been reversed in *Milam v. Adams*, 216 Ga. 440 (117 S. E. 2d 343), the judgment of this court in *Milam v. Adams*, 101 Ga. App. 880, supra, is hereby vacated, and the judgment of the trial court overruling the general demurrer to the petition is reversed in accordance with the opinion of the Supreme Court.

*Judgment reversed.   Carlisle, Frankum and Jordan, JJ., concur.*

DECIDED DECEMBER 2, 1960.

*James Maddox*, for plaintiff in error.

*Wright, Rogers, Magruder & Hoyt, Clinton J. Morgan*, contra.